# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00039-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JULIAN ESTRADA-JIMINEZ,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter comes before the court on the defendant's **Unopposed Motion to Proceed to Immediate Sentencing** [#18], filed May 23, 2007. The motion is **GRANTED**. The court will waive the requirement of the pre-sentence report and will proceed to immediate sentencing at the conclusion of the change of plea hearing on June 22, 2007.

Dated: May 23, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.